Jones v. Bryan.—Opinion of Court

N. J. JONES APPELLANT, VS. CORA BRYAN, BY HER
    NEXT FRIEND, MARK ADDISON, APPELLEE.

Appellate Practice—Failure to Make Assignments of Error.
Where the abstract of the record contains no assignments of
    error, the appeal will be dismissed.

Appeal from the Circuit Court for Bradford County.

Motion to dismiss appeal. ·

*Thos. E. Bugg* and *J. T. Wills* for Appellant.

*W. B. Young,* for Appellee.

PER CURIAM.

This cause coming on to be heard upon motion of
appellee to dismiss the appeal, and it appearing to the
court that there are no assignments of error exhibited in
the abstract of record, it is hereby ordered that said mo-
tion be granted and the said appeal is hereby dismissed at
the cost of the appellant.